DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLIFFORD GRINDS,**
Appellant,

v.

**SOUTHWIND MANAGEMENT SERVICES, INC., et al.,**
Appellee.

No. 4D20-1672

[April 29, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2018-CA-0001889-XXXX-MB.

Clifford Grinds, Blountstown, pro se.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***